FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2019 JAN -8 PM 5: 15

CLERK _____
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | INDICTMENT NO. |
| | ) | |
| v. | ) | 8 U.S.C. § 1326(a) |
| | ) | Re-entry After Removal/Deportation |
| ALEJANDRO NUNEZ-CARRENO | ) | |
| | ) | |

CR419-0010

THE GRAND JURY CHARGES THAT:

### COUNT ONE
*Re-entry After Removal/Deportation*
8 U.S.C. § 1326(a)

On or about December 1, 2018, in Chatham County, within the Southern District of Georgia, the defendant,

**ALEJANDRO NUNEZ-CARRENO**

being an alien previously excluded, deported and removed from the United States, was knowingly and unlawfully present in the United States, having been found in Chatham County, Georgia, without first having obtained permission for reentry into the United States as required by law.

All in violation of Title 8, United States Code, Section 1326(a).

*Signatures on following page*

A T:

_____
Foreperson

_____
David H. Estes
First Assistant United States Attorney

_____
Alejandro V. Pascual IV
Assistant United States Attorney
Lead Counsel

_____
Brian T. Rafferty
Assistant United States Attorney
Chief, Criminal Division

2